FILED
**United States Court of Appeals**
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 8, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

PHILLIP HARRIS, individually and for others similarly situated,

    Plaintiff - Appellant,

v.

LIBERTY OILFIELD SERVICES, LLC,

    Defendant - Appellee.

No. 18-1026
(D.C. No. 1:16-CV-01116-CMA-STV)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. _See_ Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk