**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                            Chris Wolpert
Clerk of Court                    August 08, 2018            Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. David Moulton
Mr. Matthew Scott Parmet
Bruckner Burch
8 Greenway Plaza, Suite 1500
Houston, TX 77046

Ms. Michelle B. Muhleisen
Mr. Austin Evans Smith
Ogletree Deakins
Wells Fargo Center
1700 Lincoln Street, Suite 4650
Denver, CO 80203

**RE:**     **18-1026, Harris v. Liberty Oilfield Services**
         Dist/Ag docket: 1:16-CV-01116-CMA-STV

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/na